## COPLY v. CRANE.

Partition is to be demanded according to certain rights and proportions for quantity and quality.

ACTION of partition, in which the plaintiff declares, that she has right to have apparted and set out to her, seven acres and three-quarters of an acre, by metes and bounds, it being her just proportion of a tract of land containing thirty-three acres;

and that the defendant hath right to have the residue of said land, etc. Issue to the jury, who find a verdict for the plaintiff — the defendant moves in arrest of judgment, that the plaintiff's declaration is insufficient.

Because partition may not be demanded of any certain located part or number of acres, but of the plaintiff's right or proportion for quantity and quality, in the whole tract; the motion in arrest was judged sufficient, and no cost allowed to either party.